UNITED STATES of America, Appellee,

v.

**John COGBILL, Appellant.**

No. 04–1999.

United States Court of Appeals, Eighth Circuit.

Submitted Feb. 10, 2005.

Decided Feb. 16, 2005.

Charles E. Smith, Asst. U.S. Attorney, U.S. Attorney's Office, Fort Smith, AR, for Plaintiff–Appellee.

Omar F. Greene, II, Federal Public Defender's Office, Little Rock, AR, for Defendant–Appellant.

John Cogbill, Memphis, TN, pro se.

Before BYE, RILEY, and COLLOTON, Circuit Judges.

PER CURIAM.

After John Cogbill (Cogbill) pled guilty to possessing cocaine base with intent to distribute, the district court[1] sentenced

---

1. The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas.

him-in accordance with his plea agreement-to the mandatory statutory minimum of 120 months imprisonment. *See* 21 U.S.C. § 841(b)(1)(A). Cogbill appeals. His counsel has moved to withdraw and filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Having carefully reviewed the record under *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues. *See United States v. Reyes–Contreras,* 349 F.3d 524, 525 (8th Cir.2003) (per curiam) (defendant who received 10–year prison sentence could not challenge conviction or sentence on appeal because he acknowledged that, by pleading guilty, he was subjecting himself to statutory minimum .penalty of 10 years imprisonment); *United States v. Dabney,* 367 F.3d 1040, 1044 (8th Cir.2004) (holding a district court's refusal to grant a downward departure is unreviewable unless based on an unconstitutional motive or an erroneous belief it lacked authority to depart). Accordingly, we affirm, and we grant counsel's motion to withdraw.